■ RONALD A. MULZAC et al., Respondents, v GNESIN ROMAN, Appellant, et al., Defendant. [716 NYS2d 319] —In an action to recover damages for personal injuries, etc., the defendant Gnesin Roman appeals from so much of an order of the Supreme Court, Kings County (Dabiri, J.), dated October 21, 1999, as denied his motion, in effect, pursuant to CPLR 3215 (c) to dismiss the complaint insofar as asserted against him.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court providently exercised its discretion in denying the motion of the defendant Gnesin Roman, in effect, pursuant to CPLR 3215 (c), to dismiss the complaint insofar as asserted against him, as good cause was shown for the plaintiffs' delay in entering a judgment. Bracken, J. P., Santucci, Altman and Florio, JJ., concur.

■ JOSHUA NAGEL et al., Respondents, v ISAAC NAGEL, Appellant. [716 NYS2d 316] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County (Thomas, J.), dated February 24, 2000, which, *inter alia,* granted the plaintiffs' motion for partial summary judgment on the issue of liability.

Ordered that the order is modified, on the law, by deleting the provision thereof granting the motion and substituting therefor a provision denying the motion; as so modified, the order is affirmed, with costs to the defendant.

The Supreme Court erred in granting the plaintiffs' motion for partial summary judgment on the issue of liability since there are questions of fact as to whether the defendant was negligent (*see, Zuckerman v City of New York,* 49 NY2d 557; *Coogan v Ed's Bargain Buggy Corp.,* 262 AD2d 596).

The defendant's remaining contentions are without merit. Bracken, J. P., Santucci, Thompson and Sullivan, JJ., concur.